# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murray, Paul B. | U.S. District Court for the Southern District of Alabama | 06/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

113 St. Joseph Street
Room 306
Mobile, AL 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | UMS-Wright Preparatory School |
| 2. | Director | YMCA of South Alabama, Inc. |
| 3. | Director | Mobile Youth Lacrosse, Inc. |
| 4. | Partner | Mobile Bonding Company |
| 5. | Owner/Member | The Murray Firm, LLC (solo law practice entity dissolved 8/30/17) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-March | The Murray Firm, LLC; solo law practice, salary and distributions | $35,000.00 |
| 2. October 6 | The Murray Firm, LLC; solo law practice; referral fee | $5,555.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Greene Group, Inc., salary |
| 2. 2017 | Baker Place Farm, salary |
| 3. 2017 | UMS-Wright Preparatory School, salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (see Part VIII) | E | Interest | P1 | T | | | | | |
| 2. Bryant Bank Cash Accounts | A | Interest | P1 | T | | | | | |
| 3. Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. --GE common stock | A | Dividend | J | T | | | | | |
| 6. --PG common stock | A | Dividend | J | T | | | | | |
| 7. --SO common stock | A | Dividend | J | T | | | | | |
| 8. --DIS common stock | A | Dividend | J | T | | | | | |
| 9. --Legg Mason Family Fund: Clearbridge Aggressive GWTH C | A | Dividend | J | T | | | | | |
| 10. --Hartford Family Fund: Hartford Balanced Inc C | A | Dividend | J | T | | | | | |
| 11. --The Olstein Funds Family: Olstein All Cap Value C | A | Dividend | J | T | | | | | |
| 12. IRA #2 (H) | | | | | | | | | |
| 13. --American Fund Family: Europacific Growth F1 | A | Dividend | J | T | | | | | |
| 14. --Legg Mason Family Fund: Clearbridge Aggressive Growth C | A | Dividend | J | T | | | | | |
| 15. --Miller Value Funds Family: Miller Opportunity Trust C | A | Dividend | J | T | | | | | |
| 16. --Olstein Family Fund: Olstein All Cap Value C | A | Dividend | J | T | | | | | |
| 17. Stocks/Funds/K-1 Assets Group #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Adient PLC common stock | A | Dividend | J | T | Buy (add'l) | 11/01/17 | J | | |
| 19. --Agrium Inc common stock | A | Dividend | J | T | | | | | |
| 20. --Allegion Public Limited Co. common stock | A | Dividend | J | T | | | | | |
| 21. --Chemours Co. common stock | A | Dividend | J | T | | | | | |
| 22. --Colgate Palmolive common stock | A | Dividend | K | T | | | | | |
| 23. --Conoco Phillips common stock | A | Dividend | K | T | | | | | |
| 24. --John Deere & Co. common stock | C | Dividend | M | T | | | | | |
| 25. --Dow DuPont F/K/A DuPont | A | Dividend | K | T | | | | | |
| 26. --General Mills, Inc. common stock | A | Dividend | K | T | | | | | |
| 27. --GlaxoSmithKline PLC common stock | B | Dividend | | | Sold | 12/28/17 | J | | |
| 28. --Ingersoll Rand PLC common stock | A | Dividend | K | T | | | | | |
| 29. --IBM Corp common stock | C | Dividend | L | T | | | | | |
| 30. --BlackRock Product: Ishares Core MCSI Emerging Markets (Y) | | | | | | | | | |
| 31. --BlackRock Product: Ishares MSCI Emerging Market Minimum Vol. (Y) | | | | | | | | | |
| 32. --Johnson Controls Inc. common stock | A | Dividend | J | T | | | | | |
| 33. --PPL Corp common stock | B | Dividend | K | T | | | | | |
| 34. --Microsoft common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Plains All American Pipeline LP K-1 (Y) | | | | | | | | | |
| 36. --Rayonier, Inc. common stock | A | Dividend | K | T | | | | | |
| 37. --Schlumberger LTD common stock (Y) | | | | | | | | | |
| 38. --Shwab Strategic TR Emerging Markets Equity (Y) | | | | | | | | | |
| 39. --Spectra Energy Corp common stock (Y) | | | | | | | | | |
| 40. --Talen Energy Corp common stock (Y) | | | | | | | | | |
| 41. --UPS Inc common stock | A | Dividend | K | T | | | | | |
| 42. --Valero Energy Corp common stock | B | Dividend | L | T | | | | | |
| 43. --Vanguard Family Funds: Vanguard FTSE Emerging Markets Fund | B | Dividend | M | T | | | | | |
| 44. --Vanguard Family Funds: Vanguard Natural Resources Fund | A | Distribution | J | T | | | | | |
| 45. --Vanguard Family Funds: Vanguard Star Fund | B | Dividend | L | T | | | | | |
| 46. --Vanguard Family Funds: Vanguard Sector Index | C | Dividend | L | T | | | | | |
| 47. --Wayerhauser Co common stock | B | Dividend | K | T | | | | | |
| 48. --WGL Holdings Inc. common stock | B | Dividend | L | T | | | | | |
| 49. --Energen commm stock | A | Dividend | L | T | | | | | |
| 50. --EQT Corp common stock | A | Dividend | L | T | | | | | |
| 51. --First Dozier Bancshares common stock | B | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Henderson Bancshares common stock | D | Dividend | L | T | | | | | |
| 53. --Merchant and Farmers Bancshares K-1 | C | Dividend | J | T | | | | | |
| 54. --Xcel Energy common stock | A | Dividend | J | T | | | | | |
| 55. --OGE Energy common stock | C | Dividend | K | T | | | | | |
| 56. --OneOK common stock | B | Dividend | K | T | | | | | |
| 57. --OneGas common stock | A | Dividend | L | T | | | | | |
| 58. --Iberdola common stock | A | Dividend | J | T | | | | | |
| 59. --Piedmont Natural Gas common stock (Y) | | | | | | | | | |
| 60. --Regions Financial common stock | A | Dividend | K | T | | | | | |
| 61. --Relations Bancshares K-1 | A | Dividend | J | T | | | | | |
| 62. --Alabama Catfish Feedmill K-1 | F | Interest | M | U | | | | | |
| 63. --Vanguard Family Funds: Vanguard Natural Resources Fund | A | Dividend | J | T | | | | | |
| 64. --Ligon K-1 | E | Distribution | L | U | | | | | |
| 65. --Harena, LLC K-1 Rental Property Escambia County, FL | D | Rent | N | U | | | | | |
| 66. --Sorelle Development, LLC K-1 Rental Property Marshall County, AL | A | Rent | O | U | Buy | 09/08/17 | O | | |
| 67. Stocks/Funds/K-1 Assets Group #2(H) | | | | | | | | | |
| 68. --AT&T common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Caterpillar common stock | B | Dividend | L | T | | | | | |
| 70. --Coca Cola common stock | B | Dividend | K | T | | | | | |
| 71. --Duke Energy common stock | B | Dividend | K | T | | | | | |
| 72. --Entergy Corp common stock | C | Dividend | L | T | | | | | |
| 73. --Intel Corp common stock | B | Dividend | K | T | | | | | |
| 74. --JNJ common stock | A | Dividend | K | T | | | | | |
| 75. --Spire, Inc. common stock F/K/A LaClede Group, Inc. | B | Dividend | L | T | | | | | |
| 76. --PG&E Corp common stock | A | Dividend | J | T | | | | | |
| 77. --Procter&Gamble common stock | A | Dividend | J | T | | | | | |
| 78. --Southern Co. common stock | D | Dividend | M | T | | | | | |
| 79. --Enbridge, Inc common stock F/K/A Spectra Energy Corp | A | Dividend | M | T | | | | | |
| 80. --Unilever NV York common stock | A | Dividend | J | T | | | | | |
| 81. --Vanguard Family Funds: Vanguard US Value Fund | A | Distribution | J | T | | | | | |
| 82. --Vanguard Family Funds: Vanguard Equity Income Fund | A | Distribution | J | T | | | | | |
| 83. --Vanguard Family Funds: Vanguard Global Ex US Real Estate Fund | A | Dividend | J | T | | | | | |
| 84. --Union Pacific common stock | A | Dividend | K | T | | | | | |
| 85. Athena Universal Life Ins Policy: issued by AXA Equitable (Whole Life) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Brightlife Protect Life Ins Policy: issued by AXA Equitable(Whole Life | A | Interest | J | T | | | | | |
| 87. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re Trust #1: Neither filer, spouse nor dependent created this Trust. We do not have knowledge of the assets in this Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 06/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul B. Murray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544